# United States District Court

для the

## Southern District of Texas

### Houston Division

Case No. **4:18 cv 4561**

|  |  |
|---|---|
| Michael Palma | § |
| Plaintiff | § |
|  | § |
| v. | § |
|  | § |
| State of Texas, et al | § |

## MOTION AND DEMAND FOR IMMEDIATE PROSPECTIVE RELIEF

This motion and demand is meant not too stall, demean or otherwise prohibit the lawful implementation of the tax scheme in the State of Texas or its political subdivisions. Plaintiff demands this prospective relief in accordance with *Ward v. Norwalk*, No. 15-3018 (Not recommended for publication) and this court has the duty to issue said order to all defendants to prohibit the further implementation of the tax scheme upon the plaintiff or his property.

The order is merely to preserve the rights granted under Gods laws, the Common law and the Constitutions, Federal and State. The relief can be lifted when defendants can justify the imposition of the property tax scheme on non-business private homes by answering the below items.

It is with all due respect of God given rights and the law that plaintiff demands this relief until:

1) such time as all things that are supposed to be done by the perpetrators of the tax scheme do what they are supposed to do,
2) it is determined exactly what is meant by various terms and phrases that are stated within the tax code and how private non-commercial homes fall within those definitions, and
3) it is determined if the tax scheme being imposed on a private non-commercial home is voluntary with proof that it was voluntarily rendered or involuntary wherein the first 10 acres are Constitutionally exempt.

Date of signing: 12/7/18

Signature of Plaintiff: _[signature]_
Printed name: Michael-Francis: Palma
5026 Autumn Forest
Houston, Texas 77091
713-614-6853/mpalma1@gmail.com